No. 58451.—Swan Mill, Inc. v. United States, protest 220064–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Wesley & Winter, Inc.* v. *United States* (32 Cust. Ct. 24, C. D. 1575). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra*.